Decided September 27, 2006

JAMES E. SULLIVAN, ADMINISTRATOR (ESTATE OF JAMES P. SULLIVAN) *v.* METRO-NORTH COMMUTER RAILROAD COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 741 (AC 24895), is granted, limited to the following issues:

"1. Did the Appellate Court properly affirm the trial court's ruling precluding the expert testimony of John W. Kennish, an expert in premises security, on the

ground that he had no experience, training or special knowledge relating to railroad security systems?

"2. Did the Appellate Court properly affirm the trial court's jury instruction on superseding and intervening causes?"

The Supreme Court docket number is SC 17739.

*John H. Van Lenten,* in support of the petition.

*Robert C. E. Laney, Charles A. Deluca* and *Sarah F. DePanfilis,* in opposition.